IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WILD GOOSE ENTERPRISES, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 3:20-CV-00340 |
| IRON FLAME TECHNOLOGIES, INC., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully request this Court permit their withdrawal from representation of the Iron Flame Technologies, Inc. ("Defendant"). In support of this motion, undersigned counsel state as follows:

1. Undersigned are Defendant's Maryland-based lead counsel (Stuart M.G. Seraina, Rignal W. Balwdin V, and BaldwinLaw, LLC.) ("Counsel") and Ohio local counsel (Reuel D. Ash and Ulmer & Berne LLP).

2. Counsel entered their appearance on behalf of the Defendant in August 2020 and have diligently complied with their duties throughout the litigation.

3. Counsel and Defendant have since experienced irreconcilable differences that make continued representation untenable for undersigned counsel.

4. Defendants are aware of Counsel's desire to withdrawal and do not oppose the motion.

WHEREFORE, Undersigned counsel respectfully request that this Honorable Court enter an order allowing Stuart M.G. Seraina, Rignal W. Baldwin V, BaldwinLaw, LLC., Reuel D. Ash and Ulmer & Berne LLP, to withdraw from representation of Iron Flame Technologies, Inc. in this case.

    Respectfully submitted,

    s/Stuart M.G. Seraina

    Stuart M.G. Seraina,
    CPF No. 9912160145
    sseraina@baldwin-seraina.com
    Rignal W. Baldwin V,
    CPF No. 12110046
    rbaldwinv@baldwin-seraina.com
    BaldwinLaw, LLC.
    111 South Calvert Street Suite 1805 Baltimore, Maryland 21202
    Telephone: (410) 385-5695

*Withdrawing Attorneys*

    /s/ Reuel D. Ash

    Reuel D. Ash (0055843)
    Ulmer & Berne LLP
    600 Vine Street, Suite 2600
    Cincinnati, Ohio 45202
    Telephone (513) 698-5000,
    Facsimile (513) 698-5001
    rash@ulmer.com

*Withdrawing Attorneys*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record registered with the Court's CM/ECF system.  A copy of same will be sent via email to the same.

        s/Stuart M.G. Seraina
        Stuart M.G. Seraina,
        CPF No. 9912160145
        sseraina@baldwin-seraina.com
        Rignal W. Baldwin V,
        CPF No. 12110046
        rbaldwinv@baldwin-seraina.com
        BaldwinLaw, LLC.
        111 South Calvert Street Suite
        1805 Baltimore, Maryland 21202
        Telephone: (410) 385-5695

        *Withdrawing Attorneys*

        */s/ Reuel D. Ash*

        Reuel D. Ash (0055843)
        Ulmer & Berne LLP
        600 Vine Street, Suite 2600
        Cincinnati, Ohio 45202
        Telephone (513) 698-5000,
        Facsimile (513) 698-5001
        rash@ulmer.com

        *Withdrawing Attorneys*