# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| WILD GOOSE ENTERPRISES, INC., | Case No. 3:20-cv-340 |
| Plaintiff, | |
| vs. | Judge Thomas M. Rose |
| IRON FLAME TECHNOLOGIES, INC., | Magistrate Judge Sharon L. Ovington |
| Defendant. | |

## ORDER

This matter is before the Court *sua sponte* following the granting of Defendant Iron Flame Technologies, Inc.'s attorneys' unopposed motion to withdraw. (*See* 5/26/21 Notation Order granting Doc. #24).

Corporate entities such as Iron Flame Technologies, Inc. may not proceed *pro se* in federal court. *See State Auto Ins. Co. v. Thomas Landscaping & Const., Inc.*, 494 Fed. App'x 550 (6th Cir. 2020); *Baker v. Bensalz*, No. 1:18-cv-757, 2020 WL 1083606, fn.3 (S.D. Ohio March 3, 2020); *Zobele Mexico, S.A. DE C.V. v. TSS Technologies, Inc.*, No. 1:18-cv-596, 2019 WL 1130752, *2 (S.D. Ohio Feb. 13, 2019) ("It is insufficient for a person to attempt to represent a corporation as an officer of the corporation.") (citation omitted). However, Defendant currently is not represented in this matter.

Accordingly, Defendant Iron Flame Technologies, Inc. hereby is ORDERED to obtain new trial counsel within 30 days after the date of this Order. Such new counsel must appear on the record in this matter and file any Answer or other response on Defendant's

behalf by the extended deadline of June 30, 2021.. (*See* 5/26/21 Notation Order granting Doc. #26). Failure to have new counsel appear and answer on Defendant's behalf by the stated deadline may result in the entry of default judgment in Plaintiff's favor.

The Clerk of this Court is DIRECTED to send a copy of this order by regular mail to:

1) Iron Flame Technologies, Inc.
   111 South Calvert Street, Suite 1802
   Baltimore, MD 21202

2) Iron Flame Technologies, Inc.
   c/o Tarik S. Nasir, Registered Agent
   9714 Pine Arcade
   Laurel, MD 20723

IT IS SO ORDERED.

May 27, 2021                                             *s/Sharon L. Ovington*
                                                                             Sharon L. Ovington
                                                                             United States Magistrate Judge