20-21833  – JJB
*Attorney for Plaintiff Wild Goose Enterprises, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO AT DAYTON
# WESTERN DIVISION

| | | |
|---|---|---|
| WILD GOOSE ENTERPRISES, INC. | : | Case No. 3:20-CV-00340 |
| Plaintiff | : | Judge Thomas M. Rose |
| v. | : | |
| IRON FLAME TECHNOLOGIES, INC. | : | |
| Defendants | : | |

## REQUEST FOR ENTRY OF DEFAULT

COMES NOW Plaintiff, Wild Goose Enterprises, Inc., by and through its undersigned counsel, and hereby requests the Clerk to enter a default against Defendant, Iron Flame Technologies, Inc., as Defendant has failed to plead or otherwise defend this case as provided by Rule 55A of the Federal Rules of Civil Procedure.

Respectfully submitted,

**/s/ James J. Birch, Esq.**
James J. Birch, Esq. (0092767)
Rolfes Henry Co., LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
T:  (513) 579-0080
F:  (513) 579-0222
jbirch@rolfeshenry.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 21st day of July, 2021, via regular U.S. mail, upon the following:

Iron Flame, Technologies, Inc.
111 South Calvert Street, Suite 1806
Baltimore, Maryland

                                                           **/s/ James J. Birch, Esq.**
                                                           James J. Birch, Esq.