20-21833   – JJB
*Attorney for Plaintiff Wild Goose Enterprises, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO AT DAYTON
# WESTERN DIVISION

| | | |
|---|---|---|
| WILD GOOSE ENTERPRISES, INC. | : | Case No. 3:20-CV-00340 |
| Plaintiff | : | Judge Thomas M. Rose |
| v. | : | |
| IRON FLAME TECHNOLOGIES, INC. | : | |
| Defendant | : | |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT

Now comes Plaintiff, Wild Goose Enterprises, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55, hereby moves this Court for Final Default Judgment as to Defendant, Iron Flame Technologies, Inc., and in support thereof states:

1. On May 26, 2021, this Court granted Defendant until June 30, 2021, to answer Plaintiff's Amended Complaint.

2. On August 3, 2021, this Court entered an Order of Default against Defendant. See **Exhibit A**, Entry of Default.

3. The total contractual damages due from Defendant is Nine Hundred Twenty-Three Thousand Four Hundred Twenty-Eight Dollars and Forty Six Cents Dollars ($923,428.46), plus applicable statutory interest.  See **Exhibit B**, Affidavit of Walt Schroeder.

4. Accordingly, Plaintiff seeks a Final Default Judgment as to Defendant for the sum of Nine Hundred Twenty-Three Thousand Four Hundred Twenty-Eight Dollars and Forty-Six

Cents ($923,428.46); plus Fifty-Four Thousand Five Hundred Ninety-One Dollars and Fifty-Nine Cents ($54,591.59) in accrued statutory interest through August 5, 2021; plus an award of 0.07 percent annual interest ongoing until said judgment is paid in full. See **Exhibit C**, Proposed Order of Final Default Judgment.

WHEREFORE, Plaintiff Wild Goose Enterprises, Inc., respectfully requests this Honorable Court to enter the attached Final Default Judgment.

Respectfully submitted,

**/s/ James J. Birch, Esq.**
James J. Birch, Esq. (0092767)
Rolfes Henry Co., LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
T:  (513) 579-0080
F:  (513) 579-0222
jbirch@rolfeshenry.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion for Entry of Final Default was served this 10th day of August, 2021, via regular U.S. mail, upon the following:

Iron Flame, Technologies, Inc.
111 South Calvert Street, Suite 1806
Baltimore, Maryland  21202
*Defendant*

**/s/ James J. Birch, Esq.**
James J. Birch, Esq.