**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Wild Goose Enterprises, Inc.,**

*Plaintiff,*

**v.**                                                                    **Case No. 3:20-cv-340**
                                                                          **Judge Thomas M. Rose**

**Iron Flame Technologies, Inc.,**

*Defendant.*

---

**ENTRY AND ORDER GRANTING MOTION FOR DEFAULT JUDGMENT, ECF 32, AND TERMINATING CASE**

---

Pending before the Court is Motion for Default Judgment. ECF 32. Therein, Plaintiff Wild Goose Enterprises, Inc. asserts that, pursuant to Federal Rule of Civil Procedure 55, it is entitled to default judgment against Defendant Iron Flame Technologies, Inc.

Because Plaintiff is entitled to it, the motion is **GRANTED** and summary judgment is **AWARDED** to Plaintiff Wild Goose Enterprises, Inc., whose address is 118 West 1st Street, Suite 1308, Dayton, OH 45402. Plaintiff shall recover from Defendant Iron Flame Technologies, Inc. whose address is 111 South Calvert Street, Suite 1806 Baltimore, Maryland, the sum of Nine Hundred Twenty-Three Thousand Four Hundred Twenty-Eight Dollars and Forty-Six Cents ($923,428.46); plus Fifty-Four Thousand Five Hundred Ninety-One Dollars and Fifty-Nine Cents ($54,591.59) in accrued statutory interest through August 5, 2021; plus an award of 0.07 percent

annual interest ongoing until said judgment is paid in full; plus an award of all attorneys' fees to be incurred in the collection of this judgment.

The instant case is **TERMINATED** on the dockets of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 1, 2021.


s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2