UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Wild Goose Enterprises, Inc.,**

      *Plaintiff,*

v.                   Case No. 3:20-cv-340
                    Judge Thomas M. Rose

**Iron Flame Technologies, Inc.,**

      *Defendant.*

---

**ORDER GRANTING PLAINTIFF'S MOTION TO QUANTIFY AWARD OF ATTORNEY FEES. ECF 38. PLAINTIFF WILD GOOSE ENTERPRISES, INC., IS AWARDED ATTORNEY FEES OF $16,662.50, PLUS AN AWARD OF INTEREST AT 7% PER ANNUM FROM SEPTEMBER 2, 2021, FROM DEFENDANT IRON FLAME TECHNOLOGIES, INC.**

---

  Pending before the Court is Plaintiff's Motion to Quantify Award of Attorney Fees. ECF 32. Therein, Plaintiff Wild Goose Enterprises, Inc. moves the Court, pursuant to the order of September 2, 2021, doc. 34, to reduce the award of attorney fees to a sum certain.

  Plaintiff Wild Goose Enterprises, Inc., was awarded a money judgment on September 2, 2021. The order granting judgment to Plaintiff included an award of all attorney's fees to be incurred in the collection of this judgment, granting an award of 7% annual interest ongoing until said judgment is paid in full. The total amount of attorney fees incurred by Plaintiff in this collection matter as of July 1, 2022, are $16,662.50. Doc. 38-1.

Plaintiff is entitled to post judgment interest on the award of attorney fees from the date that this court determined Plaintiff was entitled to attorney fees. *Associated General Contractors of Ohio, Inc. vs. Drabik,* 250 F.3rd 482 (6th Cir. 2001). Therefore, Plaintiff Wild Goose Enterprises, Inc., is **AWARDED** attorney fees of $16,662.50, plus an award of interest at 7% per year from September 2, 2021, from Defendant Iron Flame Technologies, Inc.

The instant case remains **TERMINATED** on the dockets of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 9, 2022.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE